UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>CHAMPION INTERNATIONAL )<br>CORPORATION, ET AL., )<br>)<br>Defendants. ) | <br><br><br><br><br><br>Civil Action No.<br>302CV212-GLG<br><br><br>October 21, 2003 |

### APPEARANCE

Please enter the appearance of HOWARD K. LEVINE on behalf of the defendant, CORE, INC., in the above-captioned action.

                                                          DEFENDANT,
                                                          CORE, INC.


                                                          By: /s/ Howard Levine
                                                          Howard Levine
                                                          Federal Bar No. ct10555
                                                          CARMODY & TORRANCE, LLP
                                                          195 Church Street
                                                          Post Office Box 1950
                                                          New Haven, CT 06509-1950
                                                          (203) 777-5501

Of Counsel:
James T. Finnigan
Federal Bar No. ct18757
RICH MAY, a Professional Corporation
176 Federal Street
Boston, MA 02110
(617) 556-3800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 21st day of October, 2003 to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Suite 1C
PO Box 687
Fairfield, CT 06430

Robert M. Elliot, Esq.
J. Griffin Morgan, Esq.
Elliot, Pishko, Gelbin & Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101

Richard B. Harper, Esq.
Law Offices of Richard B. Harper
PO Box 395
Sylva, NC 28779-0395

Barry J. Waters, Esq.
Murtha Cullina LLP
Two Whitney Avenue
PO Box 0704-A
New Haven, CT 06503-0704

Bruce M. Steen
McGuireWoods LLP
3700 Bank of America Plaza
101 South Tryon Street
Charlotte, NC 28280-0001

Howard K. Levine