# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY,<br><br>Defendants. | CIVIL ACTION NUMBER<br>302CV212 (GLG)<br><br><br><br>NOTICE TO TAKE DEPOSITIONS<br><br><br><br>September 12, 2003 |

You are hereby notified that the plaintiffs will take the following deposition(s) as specified below:

| NAME | DATE AND TIME | PLACE OF DEPOSITION |
|---|---|---|
| CORE, Inc.<br>(a Rule 30(b)(6)<br>Deposition) | October 20, 2003<br>9:00 a.m. | Holiday Inn by the Bay<br>York Room<br>88 Spring Street<br>Portland, ME 04101 |

Said deposition(s) will be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure. The depositions will be taken before a Notary Public or some other officer duly authorized by law to take depositions. The oral

examination(s) will continue from day to day until its/(their) completion.

Pursuant to Rule 3C(b)(6), plaintiffs hereby give notice that their examination of CORE will address information identified in Attachment A, and documents identified in Attachment B to this notice. Deponent CORE will be requested to designate one or more persons to testify to the above matters.

As stated above, CORE has been ordered, pursuant to subpoena, to bring to the deposition(s) the documents identified in Attachment B.

This the 12 day of September, 2003.

THE PLAINTIFFS
HARRY L. SMITH, ET AL.

BY: /s/ W Barnes
WILLIAM B. BARNES, ESQ.
(CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com


ROBERT M. ELLIOT, ESQ.
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel (336) 724-2828
Fax (336) 724-3335
E-mail rmelliot@epmlaw.com

RICHARD B. HARPER, ESQ.
Harper Law Office
Post Office Box 395
Sylva, NC 28779
Tel (828) 586-3305
Fax (828) 586-4795
E-mail rbharper@dnet.net

ATTACHMENT A
RULE 30(B)(6) DEPOSITION OF CORE, INC.
MATTERS ON WHICH EXAMINATION IS REQUESTED

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs have requested that the deponent, CORE, Inc. designate one or more persons to testify to the following:

1. CORE's[1] evaluation of the long term disability claim of each plaintiff (as identified in the case caption);

2. The procedures, policies, regulations, and guidelines governing the consideration of long term disability claims by CORE, Inc. from January 1, 1995 through May, 2000, including claims by employees of Champion;[2]

3. The projected and actual cost savings analyses prepared by CORE and/or any entity on its behalf in regard to long term disability claims of each of the plaintiffs, and disabled employees of Champion, generally;

4. CORE's pay and compensation policies, including any incentives, bonuses, commissions, or other benefits provided to managers, employees or other agents of CORE who evaluated long term disability claims from January 1, 1995 through May, 2000;

5. Financial analyses performed by CORE and/or any entity on its behalf, of Champion's LTD plans, including analyses of amounts received by claimants and expenditures or disbursements;

6. The contracts and agreements between CORE and Champion, and any communications between CORE and Champion concerning the negotiation and execution of their contracts;

7. The implementation and administration of the contracts and agreements between CORE and Champion;

8. The CORE Denial Committee(s) as referenced in CORE Confidential Service Reports regarding the plaintiffs

---

[1] "CORE" shall mean and include CORE, Inc., and any affiliate companies.

[2] "Champion" shall mean and include Champion International Corporation and International Paper Company.

and the identities of its members; and

9. The identity, provenance, authenticity and substance of documents identified in Attachment B and produced in response to the subpoena served on CORE, Inc.

## ATTACHMENT B
### DOCUMENTS TO BE PRODUCED BY CORE, INC.

Pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, plaintiffs have issued a subpoena ordering the deponent, CORE, Inc., to produce the following documents for inspection and copying at the time specified in the notice:

1. All documents regarding CORE's[1] evaluation of the long term disability claim of each plaintiff (as identified in the caption);

2. All correspondence, e-mail transmissions, notes, summaries, or any other documents concerning communications by and between CORE and Champion International[2] concerning each plaintiff's long term disability (LTD) claim;

3. All records, reports, or any other documents or information considered by any employee, staff person or manager of CORE or any independent contractor performing services requested by CORE in evaluating each plaintiff's LTD claim;

4. All documents regarding the procedures, policies, regulations, and guidelines governing the consideration of long term disability claims by CORE from January 1, 1995 through May, 2000;

5. All documents regarding the cost savings analyses prepared by CORE and/or any entity on its behalf in regard to long term disability claims of each of the plaintiffs and disabled employees of Champion, generally;

6. All documents regarding CORE's pay and compensation policies, including any incentives, bonuses, commissions, or other benefits provided to managers, employees or other agents of CORE who evaluated long term disability claims from January 1, 1995 through May, 2000;

7. All documents regarding financial analyses performed by CORE and/or any entity on its behalf of Champion's LTD plans, including analyses of amounts received and expenditures or disbursements;

---

[1] "CORE" shall mean and include CORE, Inc., and any affiliate companies.

[2] "Champion" shall mean and include Champion International Corporation and International Paper Company.

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY,<br><br>Defendants. | CIVIL ACTION NUMBER 302CV212 (GLG)<br><br><br>NOTICE TO TAKE DEPOSITIONS<br><br><br>September 12, 2003 |

You are hereby notified that the plaintiffs will take the following depositions as specified below:

| NAME | DATE AND TIME | PLACE OF DEPOSITION |
|---|---|---|
| Roger Libby<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 21, 2003<br>2:00 p.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |
| Carole Bishop, RN<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 21, 2003<br>4:00 p.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |

| | | |
|---|---|---|
| Carole Lazazzera, RN<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 22, 2003<br>9:00 a.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |
| Christine Gude<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 22, 2003<br>11:00 a.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |
| Jerry D. Beavers, M.D.<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 22, 2003<br>2:00 p.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |

Said depositions will be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure. The depositions will be taken before a Notary Public or some other officer duly authorized by law to take depositions. The oral examinations will continue from day to day until their completion.

This the 12 day of September, 2003.

THE PLAINTIFFS
HARRY L. SMITH, ET AL.

BY: *[signature: Barnes]*
WILLIAM B. BARNES, ESQ.
 (CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com