UNITED STATES DISTRICT COURT *FILED*
DISTRICT OF CONNECTICUT

Nov 14   2 25 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| HARRY L. SMITH, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| ) | 302CV212-GLG |
| CHAMPION INTERNATIONAL ) | |
| CORPORATION, ET AL., ) | |
| ) | November 14, 2003 |
| Defendants. ) | |

## APPEARANCE

Please enter the appearance of ANNE D. PETERSON on behalf of the

defendant, CORE, INC., in the above-captioned action.

DEFENDANT,
CORE, INC.

By: _____
Anne D. Peterson
Federal Bar No. ct20181
CARMODY & TORRANCE, LLP
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
(203) 777-5501

Of Counsel:
James T. Finnigan
Federal Bar No. ct18757
RICH MAY, a Professional Corporation
176 Federal Street
Boston, MA 02110
(617) 556-3800

{N0708180}
CARMODY & TORRANCE LLP     195 Church Street
Attorneys at Law                      Post Office Box 1950
                                               New Haven, CT 06509-1950
                                               Telephone: 203 777-5501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003 to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Suite 1C
PO Box 687
Fairfield, CT  06430

Robert M. Elliot, Esq.
J. Griffin Morgan, Esq.
Elliot, Pishko, Gelbin & Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC  27101

Richard B. Harper, Esq.
Law Offices of Richard B. Harper
PO Box 395
Sylva, NC  28779-0395

Barry J. Waters, Esq.
Murtha Cullina LLP
Two Whitney Avenue
PO Box 704-A
New Haven, CT  06503-0704

Bruce M. Steen
McGuireWoods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC  28280-4022

Anne D. Peterson

{N0708180}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                Post Office Box 1950
                                New Haven, CT 06509-1950
                                Telephone: 203 777-5501

2