UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 14  2 26 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| HARRY L. SMITH, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 302CV212-GLG |
| ) | |
| CHAMPION INTERNATIONAL ) | |
| CORPORATION, ET AL., ) | |
| ) | November 14, 2003 |
| Defendants. ) | |

**REPLY OF CORE, INC. TO PLAINTIFF'S RESPONSE
TO CORE, INC.'S MOTION TO QUASH AND/OR FOR A PROTECTIVE ORDER**

Pursuant to Local Rule 9(g), CORE, INC. ("CORE") submits this reply to the plaintiffs' opposition to CORE's Motion to Quash Deposition Subpoenas and/or for a Protective Order ("Motion to Quash"). CORE will file a separate brief in opposition to the plaintiffs' motion to compel production of documents within the time allowed by Local Rule 9(a).

### INTRODUCTION

The plaintiffs advance three reasons for their request to depose a CORE representative and three CORE employees. First, they claim they need the testimony to determine and explain the administrative record. Specifically, according to the plaintiffs, they require the depositions to "determine whether they have received the entire administrative record from Champion," to determine what information was available for the administrative record, and to "obtain clarification, confirmation or explanation as to any unexplained documentation or information in the record, and the basis of the determination of the disability of each plaintiff." (Pl. Mem., p. 10). Second, the plaintiffs assert that they need testimony from CORE and its employees to

{N0708178}

## CONCLUSION

For the reasons set forth above, this Court should quash the subpoenas served upon CORE and the CORE Employees, and/or issue a protective order that the depositions of CORE and the CORE Employees are prohibited.

                         CORE, INC.

                         By its attorneys,

                         _____
Anne D. Peterson
(Fed. Bar No. ct20181)
Howard Levine
(Federal Bar No. ct10555)
CARMODY & TORRANCE, LLP
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
(203) 777-5501

Of Counsel:
James T. Finnigan
Federal Bar No. ct18757
RICH MAY, a Professional Corporation
176 Federal Street
Boston, MA 02110
(617) 556-3800

{N0708178}                     5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003 to:

William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Suite 1C
PO Box 687
Fairfield, CT 06430

Robert M. Elliot, Esq.
J. Griffin Morgan, Esq.
Elliot, Pishko, Gelbin & Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101

Richard B. Harper, Esq.
Law Offices of Richard B. Harper
PO Box 395
Sylva, NC 28779-0395

Barry J. Waters, Esq.
Murtha Cullina LLP
Two Whitney Avenue
PO Box 704-A
New Haven, CT 06503-0704

Bruce M. Steen
McGuireWoods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28280-4022

_Anne D. Peterson_
Anne D. Peterson

{N0708178}    6