IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, <br><br>       Plaintiffs, <br><br>     v. <br><br> CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY, <br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NUMBER <br> )    302CV212 (GLG) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) NOTICE TO TAKE DEPOSITIONS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) September 12, 2003 <br> ) |

You are hereby notified that the plaintiffs will take the following depositions as specified below:

| NAME | DATE AND TIME | PLACE OF DEPOSITION |
|---|---|---|
| Roger Libby<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 21, 2003<br>2:00 p.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |
| Carole Bishop, RN<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 21, 2003<br>4:00 p.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |



EXHIBIT
B
ALL-STATE LEGAL

| | | |
|---|---|---|
| Carole Lazazzera, RN<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 22, 2003<br>9:00 a.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |
| Christine Gude<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 22, 2003<br>11:00 a.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |
| Jerry D. Beavers, M.D.<br>200 Wheeler Road<br>5th Floor<br>Burlington, MA 01803 | October 22, 2003<br>2:00 p.m. | Four Points by<br>Sheraton Burlington<br>Salon D<br>30 Wheeler Road<br>Burlington, MA 01803 |

Said depositions will be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure. The depositions will be taken before a Notary Public or some other officer duly authorized by law to take depositions. The oral examinations will continue from day to day until their completion.

This the 12 day of September, 2003.

THE PLAINTIFFS

HARRY L. SMITH, ET AL.

BY: _____
WILLIAM B. BARNES, ESQ.
(CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com

ROBERT M. ELLIOT, ESQ.
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel (336) 724-2828
Fax (336) 724-3335
E-mail rmelliot@epmlaw.com


RICHARD B. HARPER, ESQ.
Harper Law Office
Post Office Box 395
Sylva, NC 28779
Tel (828) 586-3305
Fax (828) 586-4795
E-mail rbharper@dnet.net

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL AND FACSIMILE

A copy of the foregoing Plaintiff's Notice To Take Depositions was mailed this date, postage prepaid, to the following counsel of record, and was transmitted by facsimile transmission to the addresses and facsimile numbers provided below:

Bruce M. Steen, Esq.
McGuire Woods
3700 Bank of America Plaza
101 South Tryon St., Suite 3700
Charlotte, NC 28280-0008
Facsimile: 704-353-6244

and

Barry J. Waters, Esq.
Murtha Cullina, LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, CT 06503-0704.
Facsimile: 203-772-7723

And a courtesy copy was faxed to:

James T. Finnegan, Esq.
Rich May
176 Federal St.
Boston, MA 02110-2223
Facsimile: 617-556-3889

BY: _____
WILLIAM B. BARNES, ESQ.

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

MASSACHUSETTS

HARRY L. SMITH, ET AL

V.

CHAMPION INTERNATIONAL CORP., ET AL

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 302CV212 (GLG) (D. C

TO: Jeffrey D. Beavers, MD, 200 Wheeler Rd., 5th Floor, Burlington, MA 0180

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testif the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in th above case.

| PLACE OF DEPOSITION Four Points by Sheraton Burlington, Salon D, 30 Wheeler Rd., Burlington, MA 01803 | DATE AND TIME 10/22/03 2:00 PM |
| --- | --- |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *signature* | Attorney for the Plaintiffs | DATE 9/12/03 |
| --- | --- | --- |

ISSUING OFFICER'S NAME. ADDRESS AND PHONE NUMBER

William B. Barnes, Esq., Rosenstein & Barnes, 1100 Kings Highway East,. Fairfield, CT 06825 Tel (203) 367-7922 USDC Bar No. CT002

(See Rule 45, Federal Rules of Civil Procedure. Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

MASSACHUSETTS

HARRY L. SMITH, ET AL

V.

CHAMPION INTERNATIONAL CORP., ET AL

# SUBPOENA IN A CIVIL CASE

CASE NUMBER:  302CV212 (GLG) (D. C

TO: Christine Gude, 200 Wheeler Rd., 5th Floor, Burlington, MA 01803

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Four Points by Sheraton Burlington, Salon D, 30 Wheeler Rd., Burlington, MA 01803 | DATE AND TIME 10/22/03    11:00 1 |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for the Plaintiffs | 9/12/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kings Highway East,, Fairfield, CT 06825 Tel (203) 367-7922
William B. Barnes, Esq., Rosenstein & Barnes, 1100
USDC Bar No. CT002

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

Issued by the

## UNITED STATES DISTRICT COURT

DISTRICT OF _____
MASSACHUSETTS

HARRY L. SMITH, ET AL

V.

CHAMPION INTERNATIONAL CORP., ET AL

# SUBPOENA IN A CIVIL CASE

CASE NUMBER: 302CV212 (GLG) (D. C(

TO: Carole Lazazzera, RN, 200 Wheeler Rd., 5th Floor, Burlington, MA 01803

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Four Points by Sheraton Burlington, Salon D, 30 Wheeler Rd., Burlington, MA 01803 | DATE AND TIME 10/22/03    9:00 A; |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| LACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) _Warnes_ | Attorney for the Plaintiffs | DATE 9/12/03 |
|---|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William B. Barnes, Esq., Rosenstein & Barnes, 1100 Kings Highway East,, Fairfield, CT 06825 Tel (203) 367-7922 USDC Bar No. CT002(

(See Rule 45. Federal Rules of Civil Procedure. Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

8

Issued by the

# UNITED STATES DISTRICT COURT

——————————— DISTRICT OF ———————————
MASSACHUSETTS

HARRY L. SMITH, ET AL

### V.

## SUBPOENA IN A CIVIL CASE

CHAMPION INTERNATIONAL CORP., ET AL

CASE NUMBER: 302CV212 (GLG) (D. Con

TO: Roger Libby, 200 Wheeler Rd., 5th Floor, Burlington, MA 01803

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  Four Points by Sheraton Burlington, Salon D, 30 Wheeler Rd., Burlington, MA 01803 | DATE AND TIME  10/21/03   2:00 PM |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Barnes*   Attorney for the Plaintiffs | 9/12/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William B. Barnes, Esq., Rosenstein & Barnes, 1100 Kings Highway East, Fairfield, CT 06825 Tel (203) 367-7922 USDC Bar No. CT002(

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

Issued by the

## UNITED STATES DISTRICT COURT

DISTRICT OF

MASSACHUSETTS

HARRY L. SMITH, ET AL

V.

CHAMPION INTERNATIONAL CORP., ET AL

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 302CV212 (GLG) (D.

TO: Carole Bishop, RN, 200 Wheeler Rd., 5th Floor, Burlington, MA 01803

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to te the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition above case.

| PLACE OF DEPOSITION Four Points by Sheraton Burlington, Salon D, 30 Wheeler Rd., Burlington, MA 01803 | DATE AND TIME 10/21/03    4:0( |
| --- | --- |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the p date, and time specified below (list documents or objects):

| LACE | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more offic directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each per designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | | DATE |
| --- | --- | --- |
| *[signature]* | Attorney for the Plaintiffs | 9/12/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William B. Barnes, Esq., Rosenstein & Barnes, 1100 Kings Highway East, Fairfield, CT 06825 Tel (203) 367-7922 USDC Bar No. C

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

McGuireWoods LLP
Bank of America Corporate Center
100 North Tryon Street
Suite 2900
Charlotte, NC 28202-4011
Phone: 704.373.8999
Fax: 704.373.8935
www.mcguirewoods.com

**McGUIREWOODS**

Bruce M. Steen
Direct Dial: (704) 353-6244
Direct Fax: (704) 353-6200
e-mail: bsteen@mcguirewoods.com

September 23, 2003

**By Facsimile & U.S. Mail**

Robert M. Elliot, Esquire
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, North Carolina 27101

**By Facsimile & U.S. Mail**

William B. Barnes, Esquire
Rosenstein & Barnes
1100 Kings Highway East
P.O. Box 687
Fairfield, Connecticut 06430-0687

Re:  Harry L. Smith, et al. v. Champion International Corp, et al.

Dear Robert and Bill:

I have several concerns after reviewing plaintiffs' September 12, 2003, Notices of Deposition in the Smith, et al. matter.

First, both Attachment A ("Matters on Which Examination is Requested") and Attachment B ("Documents to be Produced") to the 30(b)(6) Notice directed to CORE, Inc. include within their scope information and documents regarding LTD claimants other than plaintiffs in this matter. See, e.g., Attachment A, ¶¶2, 3 & 5 and Attachment B, ¶¶5, 7, 10-12, 15-19, 21-28, 33 & 35-37. At our July 23 discovery conference, Judge Garfinkel made it clear that he considered these files to be beyond the scope of permissible discovery in this matter. We, therefore, request that you promptly notify CORE, in writing, that it is not required to produce any file materials or documents regarding any Champion LTD claimant who is not a plaintiff in this matter, and that plaintiffs will not examine CORE regarding any Champion LTD claimant who is not a plaintiff in this matter. Hearing nothing from you, we will file an appropriate motion for a protective order.

Second, and on a related note, I hereby request that you describe for me generally the areas regarding which you intend to examine Roger Libby, Carole Bishop, R.N., Carole Lazazzera, R.N., Christine Gude, and Jerry D. Beavers, M.D. As regards plaintiffs' first two claims for relief, last November Judge Goettel granted defendants' Motion to Limit Discovery to the Administrative Record, and defendants produced to you earlier this year more than 8,000 pages of documents comprising the administrative records applicable to each of plaintiffs' claims. Both Judge Goettel and Judge Garfinkel have made it clear that any remaining discovery shall be limited to that necessary to define the standard of review and evaluate whether the Plan Administrator was operating under a conflict-of-interest.



EXHIBIT
C

September 23, 2003
Page 2


I would appreciate hearing from you regarding what information the above-named individuals may have which may be relevant to these issues. We will object to any testimony which is not related to those remaining issues. My goal here is to resolve this issue now, rather than during the depositions; given the cost and disruption that may cause.

Thank you for your attention to this matter.

Sincerely yours,

Bruce M. Steen


BMS:bs
cc:    James T. Finnigan, Esquire (By Facsimile)
       Barry J. Waters, Esquire (By Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by first-class mail, postage prepaid and by facsimile (without exhibits), on this the 19th day of November, 2003, to:

> Robert M. Elliot, Esquire
> J. Griffin Morgan, Esquire
> ELLIOT, PISHKO, GELBIN & MORGAN, P.A.
> 426 Old Salem Road
> Winston-Salem, North Carolina 27101,
>
> William B. Barnes, Esquire
> ROSENSTEIN & BARNES
> 1100 Kings Highway East
> Suite 1C
> Fairfield, Connecticut 06432
>
> Richard B. Harper, Esquire
> LAW OFFICES OF RICHARD B. HARPER
> P.O. Box 395
> Sylva, North Carolina 28779-0395
>
> Anne D. Peterson, Esquire
> CARMODY AND TORRANCE, LLP
> 195 Church Street
> P.O. Box 1950
> New Haven, Connecticut 06509-1950

Barry J. Waters – ct05520

7