RECEIVED

FILED

JAN 15  2 46 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HARRY L. SMITH, LOIS L. LYNN,           )
DARRELL KEITH HILL, ELIZABETH           )
CASE BOONE, WILEY H. HAYNES,            )
ROSA LEE BROOKSHIRE, HARRISON           )
YOUNG CLARK, FRANZISKA FINNEY,          )
JUDITH CASE KIRKPATRICK, WILSON         )
DANIEL McCLURE, CELIA DARLENE           )
METCALF, CHARLES R. REECE,              )
DOLPHUS LUTHER TREADWAY, JR., and       )
MARTHA BURNETTE WHITLEY,                )
                                        )
             Plaintiffs,                )   CIVIL ACTION NO.
                                        )   302CV212 (GLG)
      v.                                )
                                        )
CHAMPION INTERNATIONAL                  )
CORPORATION; LONG TERM                  )
DISABILITY BENEFITS PLAN FOR            )
SALARIED EMPLOYEES OF                   )
CHAMPION INTERNATIONAL                  )
CORPORATION #506; LONG TERM             )
DISABILITY BENEFITS PLAN FOR            )
CERTAIN HOURLY EMPLOYEES OF             )
CHAMPION INTERNATIONAL                  )
CORPORATION #703; INTERNATIONAL         )
PAPER COMPANY; and CORE, INC.,          )
                                        )
             Defendants.                )   January 12, 2004
                                        )

## MOTION FOR RULE 16 CONFERENCE

Plaintiffs respectfully move pursuant to D. Conn. Loc. Civ. R. 16(a) for a status conference before Magistrate-Judge Garfinkel regarding outstanding discovery issues. Judge Garfinkel has been

supervising discovery by order of this court, has several discovery motions pending before him, and is familiar with all of the issues.

THE PLAINTIFFS
HARRY L. SMITH, ET AL

BY: *WBarnes*
WILLIAM B. BARNES, ESQ.
    (CT0268)
Rosenstein & Barnes
1100 Kings Hwy. East
P.O. Box 687
Fairfield, CT 06432
Tel (203) 367-7922
Fax (203) 367-8110
E-mail wbarnes@rosenbar.com

ROBERT M. ELLIOT, ESQ.
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel (336) 724-2828
Fax (336) 724-3335
E-mail rmelliot@epmlaw.com

RICHARD B. HARPER, ESQ.
Harper Law Office
Post Office Box 395
Sylva, NC 28779
Tel (828) 586-3305
Fax (828) 586-4795
E-mail rbharper@dnet.net

2

**CERTIFICATION**

A copy of the foregoing was mailed first class mail, postage prepaid, on January 12, 2004, to the following counsel of record:

Bruce M. Steen, Esq.
McGuire Woods
3700 Bank of America Plaza
101 South Tryon St., Suite 3700
Charlotte, NC 28280-0008

Barry J. Waters, Esq.
Murtha Cullina, LLP
Whitney Grove Sq.,
Two Whitney Ave.,
P.O. Box 704
New Haven, CT 06503-0704

_____
WILLIAM B. BARNES, ESQ.

3