RECEIVED

FILED
Jan 15  2 06 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HARRY L. SMITH, LOIS L. LYNN, )
DARRELL KEITH HILL, ELIZABETH )
CASE BOONE, WILEY H. HAYNES, )
ROSA LEE BROOKSHIRE, HARRISON )
YOUNG CLARK, FRANZISKA FINNEY, )
JUDITH CASE KIRKPATRICK, WILSON )
DANIEL McCLURE, CELIA DARLENE )
METCALF, CHARLES R. REECE, )
DOLPHUS LUTHER TREADWAY, JR., and )
MARTHA BURNETTE WHITLEY, )
)
    Plaintiffs, )
) CIVIL ACTION NO.
    v. ) 302CV212 (GLG)
)
CHAMPION INTERNATIONAL )
CORPORATION; LONG TERM )
DISABILITY BENEFITS PLAN FOR )
SALARIED EMPLOYEES OF )
CHAMPION INTERNATIONAL )
CORPORATION #506; LONG TERM )
DISABILITY BENEFITS PLAN FOR )
CERTAIN HOURLY EMPLOYEES OF )
CHAMPION INTERNATIONAL )
CORPORATION #703; INTERNATIONAL )
PAPER COMPANY; and CORE, INC., )
)
    Defendants. )
_____) January 12, 2004

## AFFIDAVIT OF WILLIAM B. BARNES

The undersigned, being duly sworn, deposes and says the following:

1. I am William B. Barnes, an attorney licensed to practice law in the State of Connecticut.

2. I am one of the attorneys representing the plaintiffs in this action.

3. I hereby certify that the facts stated in the accompanying Plaintiffs' Motion for Extension of Discovery are true and accurate.

                                                                                  */s/ WBarnes*
                                                                               WILLIAM B. BARNES

STATE OF CONNECTICUT        )
                                    ) SS: TOWN OF FAIRFIELD
COUNTY OF FAIRFIELD         )

Personally appeared WILLIAM B. BARNES before me, known or duly proven, this ___12___ day of January, 2004, and subscribed to the foregoing document, acknowledging the same to be his free act and deed, and swearing to the truth of the same before me.

                                                              */s/ Diane E. Lally*
                                                              NOTARY PUBLIC
                                                              (my commission expires: 12/31/08

## CERTIFICATION

    A copy of the foregoing was served by facsimile and mailed first class mail, postage prepaid, this ___17___ day of January, 2004, to the following counsel of record:

**ADDRESSEES:**

Bruce M. Steen, Esq.
McGuire Woods
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte NC 28202-4011

Barry J. Waters, Esq.
Murtha Cullina, LLP
Whitney Grove Sq.,
Two Whitney Ave.,
P.O. Box 704
New Haven, CT 06503-0704

                                          _____
                                          WILLIAM B. BARNES