**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------X
HARRY L. SMITH, et al.,        :
                               :
        Plaintiffs,            :         ORDER
                               :
    -against-                  :
                               :    3: 02 CV 212 (GLG)
CHAMPION INTERNATIONAL CORP. Et al,:
                               :
        Defendants.            :
------------------------------X
```

   Plaintiffs' motion to refer discovery matters [Doc. #61] to Magistrate Judge Garfinkel is **granted**.

   **SO ORDERED.**

**Dated:   January 22, 2004**
      **Waterbury, CT**                                                    **/s/**
                                                          **Gerard L. Goettel**
                                                              **U.S.D.J.**