IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY,  Plaintiffs, v. CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC.  Defendants. | CIVIL ACTION NUMBER 302CV00212 (GLG)  January 28, 2004 |

**Defendants'
Consolidated Response to
Plaintiffs' Motion for Rule 16 Conference
and Plaintiffs' Motion for Extension of Discovery Period**

Defendants Champion International Corporation ("Champion International"), Long Term Disability Benefits Plan for Salaried Employees of Champion International Corporation #506 ("LTD Plan #506"), Long Term Disability Plan for Certain Hourly Employees of Champion International Corporation #703 ("LTD Plan #703")(collectively referred to as the "LTD Plans" or

the "Champion LTD Plans"), and International Paper Company ("International Paper"), by counsel, respond as follows to plaintiffs' Motion for Rule 16 Conference and Motion for Extension of Discovery Period:

### Plaintiffs' Motion for Rule 16 Conference

Defendants have no objection to plaintiffs' Motion for Rule 16 Conference. Once all discovery motions are filed and briefed, defendants believe that the Court will be aided by oral argument regarding these discovery disputes.[1]

### Plaintiffs' Motion for Extension of Discovery Period

With two caveats, defendants have no objection to plaintiffs' Motion for Extension of Discovery Period. First, defendants believe the Court should reserve judgment on the length of the extension until after it rules on the discovery motions presented to it at the Rule 16 Conference. Depending on the Court's rulings, the parties may not need six additional months to complete discovery. Second, defendants respectfully request the Court to suspend the February 27, 2004, dispositive motions deadline and re-set that deadline for sixty days after the re-defined discovery cut-off.

This the 29th day of January, 2004.

> DEFENDANTS – CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY

---

[1] In response to an inquiry from Judge Goettel's law clerk, defendants informed the Court that they have no objection to plaintiffs' Motion to Refer to Magistrate Judge, which the Court granted by Order dated January 22, 2004.

By: _____
Bruce M. Steen – ct23613

McGuireWoods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina  28202
(704) 353-6244
(704) 353-6200 (facsimile)

Barry J. Waters – ct05520
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut  06503-0704
(203) 772-7700
(203) 772-7723 (facsimile)

Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by first-class mail, postage prepaid, on January 28, 2004, to:

>Robert M. Elliot, Esquire
>J. Griffin Morgan, Esquire
>ELLIOT, PISHKO, GELBIN & MORGAN, P.A.
>426 Old Salem Road
>Winston-Salem, North Carolina 27101,
>
>William B. Barnes, Esquire
>ROSENSTEIN & BARNES
>1100 Kings Highway East
>Suite 1C
>Fairfield, Connecticut 06432
>
>Richard B. Harper, Esquire
>LAW OFFICES OF RICHARD B. HARPER
>P.O. Box 395
>Sylva, North Carolina 28779-0395

_____
Bruce M. Steen – ct23613