IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | CIVIL ACTION NO. 302CV212 (GLG) |
| v. | ) ) | |
| CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | February 12, 2004 |
| **Defendants.** | ) ) | |

**AFFIDAVIT OF ROBERT M. ELLIOT**

The undersigned hereby states the following:

1.      My name is Robert M. Elliot. I am an attorney licensed to practice law in the State of North Carolina. I am one of the attorneys representing the plaintiffs in this action.

2. In this action, the plaintiffs have served four sets of discovery requests (interrogatories and requests for documents) on defendants. The specific requests are itemized in Plaintiffs' Second Motion to Compel Discovery.

3. I have been in contact with Mr. Bruce M. Steen, defendants' counsel, concerning defendants' discovery responses. We have discussed the fact that plaintiffs are seeking information concerning the claims of other disabled employees of Champion. Defendants have consistently taken the position that such information is not discoverable, primarily on grounds of confidentiality and relevancy.

4. In response, I have suggested alternative measures to allow plaintiffs to obtain the information needed while protecting the confidentiality of the information and records. Defendants have refused to consider such alternatives.

5. On January 13, 2004, I sent Mr. Steen a letter itemizing the specific discovery requests in all of our sets of discovery which are in dispute, or which needed clarification. *See Attachment A*.

6. On January 22, 2004, I received a letter in response from Mr. Steen providing some clarification as to some resolution of the issues, and restating his objections and defendants' unwillingness to provide information with respect to other requests of the plaintiffs. *See Attachment B*. Following up on his letter, defendants did provide additional documents, redacting information concerning other claimants.

7. Accordingly, despite the parties' good faith efforts, we have been unable to resolve all of the issues concerning discovery in this action. The parties are in need of further guidance from the Court, as provided in this Court's order dated August 11, 2003.

This the ___ day of February, 2004.

_____
Robert M. Elliot

Sworn to and subscribed before me this the
day of ____ February, 2004.

_____
      Notary Public

My commission expires:

_____