UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| **HARRY L. SMITH, et al.** : | |
| : | |
| **Plaintiffs,** : | **CIVIL ACTION NO.** |
| : | **3:02-cv-00212 (GLG)** |
| v. : | |
| : | |
| **CHAMPION INTERNATIONAL CO., et al.** : | |
| : | |
| **Defendants.** : | |

---

### ORDER SCHEDULING HEARING ON PENDING MOTIONS

The parties are directed to appear before the Honorable William I. Garfinkel, U.S. Magistrate Judge, on **Wednesday, March 10, 2004** at **9:30 a.m.** at the U.S. District Court, 915 Lafayette Boulevard, Room 435, Bridgeport, CT, for a hearing on the pending motions in this case.

So ordered this the 26th day of February, 2004, at Bridgeport, Connecticut.

/S/ *William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge