HONORABLE _Wm. Garfinkel_ (October 17, 2001)
DEPUTY CLERK _C. Sanders_    RPTR/ERO/TAPE _M. Cornette_

TOTAL TIME: _1_ hours _30_ minutes

DATE _3-10-2004_    START TIME _10:00 AM_    END TIME _11:30 AM_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Harry L. Smith, et al_

vs.

_Champion Intl Corp, et al_

CIVIL NO. _3:02 CV212 (GLG) (WIG)_
§
§
§    Robert M. Elliott
§    Richard Harper
§    Wm. Barnes
   Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
   _Bruce Steen_
   Defendants Counsel
   _Barry Waters_
   _Howard K. Levine_

**COURTROOM MINUTES - CIVIL** (check one box)

☒ (mhrgh) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ P. #42 | Motion | to Compel | ☐ | ☐ | ☒ |
| ☒ #53 | Motion | for Protective Order to Quash Deposition | ☐ | ☐ | ☒ |
| ☒ #58 | Motion | to Compel Production | ☐ | ☐ | ☒ |
| ☒ P. #62 | Motion | for Rule 16 | ☐ | ☐ | ☒ |
| ☒ #70 | Motion | to Compel | ☐ | ☐ | ☒ |

Oral Motion _____  granted / denied / advisement

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☒ _Ruling to be submitted_

_____ Hearing continued until _____ at _____