UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| **HARRY L. SMITH, et al.** : | |
| : | |
| **Plaintiffs,** : | **CIVIL ACTION NO.** |
| : | **3:02-cv-00212 (GLG)** |
| v. : | |
| : | |
| **CHAMPION INTERNATIONAL CO., et al.** : | |
| : | |
| **Defendants.** : | |

---

**RULING ON PENDING MOTIONS**

Currently pending are Plaintiffs' Motion to Compel (Doc. # 42); Plaintiffs' motion for extension of time (Doc. # 45).

**Plaintiffs' Motion to Compel (Doc. # 42)**

Plaintiffs move this Court to compel Champion to respond to its Request for Production 1(c) which states:

> Please produce the following documents concerning any contracts, agreements, or relationship between Champion and CORE from 1995 to the present: (c) Lists, records or documents providing the names of any or all claimants of LTD benefits under the Champion LTD Plan on whose claims CORE provided services... (Pl. Mem in Support Mot. Compel, Doc. #43, Exhibit A, p. 2).

Plaintiffs' rationale for seeking the private claims information of individuals not party to this action is that the information will "help plaintiffs show conflict of interest on the part of Champion and CORE."(Pl. Mem in Support Mot. Compel, Doc. #43, p. 4). Plaintiffs assert this information is relevant to their allegations of conflict of interest because

plaintiffs' theory is that Champion and Core had an agreed upon policy and practice of denying hundreds of meritorious claims so as to "realize cost savings."(Pl. Mem in Support Mot. Compel, Doc. #43, p. 7).

For reasons discussed more fully at the recent hearing in this case, the Court finds that at this time discovery should be limited to documents relevant to the named plaintiffs and therefore DENIES this motion.

## CONCLUSION

Plaintiffs' Motion to Compel (Doc. # 42) is DENIED; Plaintiffs' motion for extension of time (Doc. # 45) is GRANTED

SO ORDERED this 31st day of March, 2004, at Bridgeport, Connecticut.

/S/ *William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge