IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC. <br><br> Defendants. | CIVIL ACTION NUMBER <br> 302CV00212 (GLG) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> March 10, 2004 |

## CONSENT PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and upon stipulation of the parties, as evidenced by the endorsement of counsel hereon,

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Defendants may mark "Confidential" any document produced in this action pursuant to plaintiffs' discovery requests or their disclosure obligations under the Fed. R. Civ. P. "Confidential" documents and information shall mean and include proprietary information,

1

information regarding disability claimants other than the plaintiffs, or other documents or information which are not accessible to the general public and to which there is an expectation of privacy. Nothing in the foregoing definition or this Consent Protective Order requires defendants to produce or disclose documents or information regarding disability claimants other than the plaintiffs.

2. All deposition testimony given in the above-captioned action shall be deemed "Confidential" when taken and shall remain confidential for a period of thirty (30) days after the deposition transcript is prepared and delivered to the parties by the court reporter. During that thirty-day period, any party may designate as "Confidential" any portion of the deposition testimony or any exhibit thereto which is consistent with the definition in paragraph 1. If such written designation is not made and delivered to opposing counsel within the thirty-day period, the deposition testimony will be deemed to have lost its confidential status.

3. All documents and deposition testimony subject to this Order shall hereinafter be referred to as the "Protected Information";

4. The Protected Information shall be used only in connection with the above-captioned action and shall not be disclosed to, or used by, any person other than those identified hereafter under the conditions and limitations described herein;

5. The Protected Information may only be disclosed to:

    a.    the Court, which the parties may file under seal, and the Clerk hereby is directed to accept as filed under seal;

    b.    plaintiffs and defendants and their counsel of record in this action;

    c.    law clerks, paralegals, legal assistants, stenographic and clerical employees of counsel, who are assisting in the prosecution or defense of this matter and are operating under the direct supervision of counsel; and

    d.    independent and internal experts working on behalf of plaintiffs or defendants for the purposes of this litigation.

6.      Any person to whom disclosure is made pursuant to this Order shall receive or be shown a photocopy of this Order and shall agree to abide by its provisions. Each person examining any Protected Information hereby agrees to be subject to the jurisdiction of this Court for contempt and any other appropriate proceedings in the event of any violation of this Order.

8.      No person who examines any Protected Information shall disseminate orally, in writing, or by any other means any Protected Information to any other person not also authorized to examine the Protected Information.

9.      All Protected Information shall retain that designation and shall remain subject to this Order until such time, if ever, as the Court renders a decision that any Protected Information shall not be covered by the terms of this Order and all proceedings and appeals challenging such decision have concluded.

10.     Any and all Protected Information, including copies thereof, shall be returned to the producing party no later than ten days after the Court enters a Final Order in this action, unless ordered earlier by the court.

11.     Nothing in this Protective Order shall limit defendants' ability to use or disclose any Protected Information in the ordinary course of business.

12.     Nothing herein shall prejudice a party's right or ability to petition the Court for additional or different relief. This Protective Order shall not affect the right of any party to challenge the designation of any information or document as "Confidential."

Entered this the 5th day of May, 2004.

_____
Judge

3

We ask for this:

By:  */s/ Barry J. Waters*
Barry J. Waters — ct05520

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut 06503-0704
(203) 772-7700

Bruce M. Steen — ct23613
MCGUIREWOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina 28202
(704) 353-6244

Attorneys for Defendants Champion International, Long Term Disability Plan for Salaried Employees of Champion International Corporation #506, Long Term Disability Plan for Hourly Employees of Champion International Corporation #703, and International Paper Company

Seen and agreed:

By:  */s/ William B. Barnes*
William B. Barnes — ct00268

| | |
|---|---|
| ROSENSTEIN & BARNES | Richard B. Harper (ct24841) |
| P.O. Box 687 | LAW OFFICES OF RICHARD B. HARPER |
| 1100 Kings Highway East | P.O. Box 395 |
| Fairfield, Connecticut 06432 | Sylva, North Carolina 28779-0395 |
| (203) 367-7922 | (828) 586-3305 |

Robert M. Elliot (ct21210)
J. Griffin Morgan (ct21183)
ELLIOT PISHKO MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina 27101
(336) 724-2828

Attorneys for Plaintiffs