IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, ) <br> DARRELL KEITH HILL, ELIZABETH ) <br> CASE BOONE, WILEY H. HAYNES, ) <br> ROSA LEE BROOKSHIRE, HARRISON ) <br> YOUNG CLARK, FRANZISKA FINNEY, ) <br> JUDITH CASE KIRKPATRICK, WILSON ) <br> DANIEL McCLURE, CELIA DARLENE ) <br> METCALF, CHARLES R. REECE, ) <br> DOLPHUS LUTHER TREADWAY, JR., ) <br> and MARTHA BURNETTE WHITLEY, ) <br>   ) <br>           Plaintiffs,   ) <br>   ) <br> v.   ) <br>   ) <br> CHAMPION INTERNATIONAL   ) <br> CORPORATION, LONG TERM   ) <br> DISABLITY BENEFITS PLAN FOR   ) <br> SALARIED EMPLOYEES OF   ) <br> CHAMPION INTERNATIONAL   ) <br> CORPORATION #506, LONG TERM   ) <br> DISABILITY BENEFITS PLAN FOR   ) <br> CERTAIN HOURLY EMPLOYEES OF   ) <br> CHAMPION INTERNATIONAL   ) <br> CORPORATION #703; INTERNATIONAL) <br> PAPER COMPANY; and CORE, INC.   ) <br>   ) <br>           Defendants.   ) <br> _____) | CIVIL ACTION NUMBER <br> 302CV00212 (CFD) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> July 26, 2004 |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's July 6, 2004, Order Re: Status, the parties hereby file the following report regarding the status of the above-captioned action:

A. <u>Nature of the Case</u>

    1.    In this action, fourteen former Champion International employees seek disability benefits pursuant to one of two long term disability benefits plans sponsored by Champion International Corporation (collectively referred to as the

1

"LTD Plans").  Both LTD Plans are employee welfare benefit plans governed by and maintained pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§1001, et seq. ("ERISA"), and provide income benefits to eligible employees who are prevented from engaging in employment as a result of "total disability" as defined in the LTD Plans.

Plaintiffs allege that they received disability benefits pursuant to the LTD Plans at various times in the 1980s and 1990s, and that, subsequently, the LTD Plans improperly terminated each of their disability benefits.  Plaintiffs now seek judicial review of the Plan Administrator's decisions denying their claims for disability benefits.  Plaintiffs seek, inter alia, "LTD benefits pursuant to the [LTD Plans] for the period of his or her disability, and continuing thereafter."

    2.    There are no motions pending.

    3.    This matter will be tried to the Court.

B.    Discovery

Pursuant to the Court's most recent Scheduling Order, discovery is scheduled to end December 3, 2004.  Neither party presently intends to seek a modification of the Scheduling Order.

C.    Settlement

    1.    No settlement conference has been conducted.

    2.    N/A

    3.    The parties do not believe that a settlement conference would be beneficial at this time.

D.  Trial Preparation

1. If any claims remain, the case will be ready for trial after the Court resolves the parties' anticipated dispositive motions.

2. Completion of discovery and filing of dispositive motions is the only additional preparation presently contemplated by the parties.

3. The parties intend to file dispositive motions on or before the dispositive motions deadline of January 15, 2005.

4. No joint trial memorandum has been filed. The trial memorandum is due on the earlier of March 1, 2005, or forty-five days after the Court resolves the parties' dispositive motions.


By: _____
    Barry J. Waters – ct05520

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut  06503-0704
(203) 772-7700

Bruce M. Steen – ct23613
MCGUIREWOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina  28202
(704) 353-6244

Attorneys for Defendants Champion International, Long Term Disability Plan for Salaried Employees of Champion International Corporation #506, Long Term Disability Plan for Hourly Employees of Champion International Corporation #703, and International Paper Company

By: _____
      William B. Barnes – ct00268

ROSENTEIN & BARNES
P.O. Box 687
1100 Kings Highway East
Fairfield, Connecticut  06432
(203) 367-7922

Robert M. Elliot (ct21210)
J. Griffin Morgan (ct21183)
ELLIOT PISHKO MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina  27101
(336) 724-2828

Richard B. Harper (ct24841)
LAW OFFICES OF RICHARD B. HARPER
P.O. Box 395
Sylva, North Carolina  28779-0395
(828) 586-3305

Attorneys for Plaintiffs