'IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF CONNECTICUT

2005 FEB -1  P 1: 42

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, | ) | |
| DARRELL KEITH HILL, ELIZABETH | ) | |
| CASE BOONE, WILEY H. HAYNES, | ) | |
| ROSA LEE BROOKSHIRE, HARRISON | ) | CIVIL ACTION NUMBER |
| YOUNG CLARK, FRANZISKA FINNEY, | ) | 302CV00212 (CFD) |
| JUDITH CASE KIRKPATRICK, WILSON | ) | |
| DANIEL McCLURE, CELIA DARLENE | ) | |
| METCALF, CHARLES R. REECE, | ) | |
| DOLPHUS LUTHER TREADWAY, JR., | ) | |
| and MARTHA BURNETTE WHITLEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAMPION INTERNATIONAL | ) | |
| CORPORATION, LONG TERM | ) | |
| DISABLITY BENEFITS PLAN FOR | ) | |
| SALARIED EMPLOYEES OF | ) | |
| CHAMPION INTERNATIONAL | ) | |
| CORPORATION #506, LONG TERM | ) | |
| DISABILITY BENEFITS PLAN FOR | ) | |
| CERTAIN HOURLY EMPLOYEES OF | ) | |
| CHAMPION INTERNATIONAL | ) | |
| CORPORATION #703; INTERNATIONAL | ) | |
| PAPER COMPANY; and CORE, INC. | ) | |
| | ) | |
| Defendants. | ) | January 31, 2005 |

## PARTIES' JOINT
## MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the status conference conducted in the above-captioned action on January 13,

2005, the undersigned, counsel for the remaining parties herein, hereby request the Court to enter

an Order amending the pretrial schedule as follows:

1.    On or before February 28, 2005, the parties shall designate and file a joint

Stipulation regarding the administrative records applicable to each plaintiff's claim for benefits,

1

and the other documents which may be relevant to this matter.  More specifically, in their Joint

Stipulation, the parties shall designate those documents which they agree comprise each

claimant's administrative record, and shall identify any additional documents, if any, which one

party contends is part of any claimant's administrative record but on which the parties cannot

reach agreement.  In their Joint Stipulation, the parties also may jointly designate any other

documents which are not part of the plaintiffs' administrative records but which the parties

believe may be relevant to the Court's consideration of the legal issues involved in this matter.

With their Stipulation, the parties shall also file the documents described therein.

    2.    On or before March 31, 2005, the parties shall file their dispositive motions and

memoranda in support thereof.  Responses to dispositive motions shall be filed no later than

April 29, 2005.  Replies are not required, but may be filed on or before May 23, 2005.

    3.    Opening memoranda in support of any motions pursuant to the foregoing

paragraph shall not exceed 100 pages.  Responses and replies filed pursuant to the foregoing

paragraphs shall not exceed the page limitations provided by the local rules. The parties may

seek leave to file memoranda in excess of those limitations by filing a Motion describing the

basis of their requested relief.

    4.    Oral argument will be conducted on the parties' motions, and will be set on a date

to be scheduled hereafter with the cooperation of the parties.

    We ask for this:

By: _____

Barry J. Waters  ct05520

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut  06503-0704
(203) 772-7700

Bruce M. Steen – ct23613
MCGUIREWOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina  28202
(704) 353-6244

Attorneys for Defendants Champion International, Long Term Disability Plan for
Salaried Employees of Champion International Corporation #506, Long Term Disability
Plan for Hourly Employees of Champion International Corporation #703, and
International Paper Company

By:    _____
       William B. Barnes – ct00268

ROSENSTEIN & BARNES
P.O. Box 687
1100 Kings Highway East
Fairfield, Connecticut  06432
(203) 367-7922

Robert M. Elliot (ct21210)
J. Griffin Morgan (ct21183)
ELLIOT PISHKO MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina  27101
(336) 724-2828

Richard B. Harper (ct24841)
LAW OFFICES OF RICHARD B. HARPER
P.O. Box 395
Sylva, North Carolina  28779-0395
(828) 586-3305

Attorneys for Plaintiffs