IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NUMBER 302CV00212 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | MARCH 1, 2005 |

**PARTIES' JOINT
<u>MOTION TO AMEND SCHEDULING ORDER</u>**

Defendants Champion International Corporation , Long Term Disability Benefits Plan

for Salaried Employees of Champion International Corporation #506, Long Term Disability

Plan for Certain Hourly Employees of Champion International Corporation #703, and International Paper Company, and plaintiffs, by their respective counsel, hereby request the Court to amend its February 9, 2005, Scheduling Order as follows:

1. In its February 9, 2005, Scheduling Order, the Court directed the parties to designate on or before February 28, 2005, the administrative records applicable to each plaintiff's claim for benefits, and the other documents which may be relevant to this matter. The Court also directed the parties to file on that date the documents described in their Joint Stipulation.

2. The parties have designated the documents applicable to each plaintiff's claim for benefits and the other documents which may be relevant to this matter, and have filed their Joint Stipulation as directed to do so by the Court. However, the processing of these voluminous documents is not yet complete.

3. The parties, therefore, request the Court to amend its Scheduling Order to direct that the administrative records and remaining documents be filed on March 31, 2005, which is the date established for the filing of the parties' dispositive motions.

4. The parties' requested relief will not delay the filing of their respective dispositive motions or otherwise effect the Court's February 9, 2005, Scheduling Order.

We ask for this:


By:     /s/_____
        Barry J. Waters – ct05520

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut  06503-0704
(203) 772-7700

Bruce M. Steen – ct23613
MCGUIREWOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina  28202
(704) 353-6244

Attorneys for Defendants Champion International, Long Term Disability Plan for Salaried Employees of Champion International Corporation #506, Long Term Disability Plan for Hourly Employees of Champion International Corporation #703, and International Paper Company

By: \_\_\_\_/s/_____
     William B. Barnes – ct00268

ROSENSTEIN & BARNES
P.O. Box 687
1100 Kings Highway East
Fairfield, Connecticut 06432
(203) 367-7922

Robert M. Elliot (ct21210)
J. Griffin Morgan (ct21183)
ELLIOT PISHKO MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina 27101
(336) 724-2828

Richard B. Harper (ct24841)
LAW OFFICES OF RICHARD B. HARPER
P.O. Box 395
Sylva, North Carolina 28779-0395
(828) 586-3305

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Joint Motion to Amend Scheduling Order was mailed first-class, postage prepaid, on this 1st day of March, 2005 to:

William B. Barnes, Esquire
ROSENSTEIN & BARNES
1100 Kings Highway East
Suite 1C
Fairfield, Connecticut 06432; and

Howard Levine, Esquire
CARMODY & TORRANCE, LLP
195 Church Street, 18th Floor
P.O. Box 1990
New Haven, Connecticut 06509;

Robert M. Elliot, Esquire
ELLIOT, PISHKO, GELBIN & MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina 27101;

Richard B. Harper, Esquire
LAW OFFICES OF RICHARD B. HARPER
1336 Savannah Drive
Sylva, North Carolina 28779-0395; and

James T. Finnigan, Esquire
RICH MAY, P.C.
176 Federal Street
Boston, Massachusetts 02110

                                                    /s/
                                       Barry J. Waters – ct05520