IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NUMBER 302CV00212 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | MARCH 1, 2005 |

## SCHEDULING ORDER

Upon the joint Motion of plaintiffs and defendants, and for good cause shown, the Court hereby amends its February 9, 2005, Scheduling Order as follows:

1.   No later than March 31, 2005, or the date on which defendants file their dispositive motions, whichever occurs first, defendants shall file the documents described in the parties' February 28, 2005, Joint Stipulation.

2.   In all other respects, the Court's February 9, 2005, Scheduling Order shall remain in full force and effect.

_____
Christopher F. Droney
United States District Judge
Date: _____