IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NUMBER 302CV00212 (CFD) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC. ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) _____ ) | MARCH 1, 2005 |

**PARTIES' JOINT STIPULATION**

Pursuant to the Court's February 9, 2005, Order, defendants Champion International Corporation, *et al.*, by counsel, and plaintiffs Harry L. Smith, *et al.*, by counsel, hereby stipulate as follows regarding the administrative records applicable to each plaintiff's claim for benefits and the

other documents which may be relevant to the parties' claims and defenses in the above-captioned action:

1. <u>Records Pertinent to Plaintiffs' Claims</u>. The parties have designated the following documents, identified by their Bates numbers, as pertinent to the plaintiffs' individual claims for benefits:

| | | |
|---|---|---|
| a. | Elizabeth Boone: | Boone 1-967<br>CRC 13-15, 704-08, 709-954 |
| b. | Rosa Lee Brookshire: | Brookshire 1-548<br>CRC 13-15, 704-08, 955-1210 |
| c. | Harrison Clark | Clark 1-745<br>CRC 18-20, 1349-351, 1352-1643 |
| d. | Franziska Finney | Finney 1-330 |
| e. | Wiley Haynes | Haynes 1-811<br>CRC 9-11, 508-11, 512-680 |
| f. | Darrell Hill | Hill 1-162 |
| g. | Judith Kirkpatrick | Kirkpatrick 1-287<br>CRC 21-23, 1933, 1933-2106 |
| h. | Lois Lynn | Lynn 1-1044<br>CRC 13-15, 704-08, 1211-1345, 1346-348 |
| i. | Celia D. Metcalf | Metcalf 1-527<br>CRC 33-36, 2456-459, 2460-2943 |
| j. | Wilson D. McClure | McClure 1-317 |
| k. | Charles Reece | Reece 1-486<br>CRC 30-32, 2263-265, 2266-441 |
| l. | Harry Smith | Smith 1-590 |

|   |   |   |   |
|---|---|---|---|
|   |   |   | CRC 18-20, 21-24, 1349-351, 1644-1932, 1933-935 |
|   | m. | Dolphus Treadway | Treadway 1-245 |
|   | n. | Martha Whitley | Whitley 1-788<br>CRC 2-4, 5-8, 25-26, 27-29, 62-65, 67-482, 2107-110, 2111-116, 2117-2235, 2236-241 |

Before filing their respective dispositive motions, the parties intend to further subdivide the foregoing documents into those documents which were before the LTD Plans when the benefits decisions were made and those documents submitted by or on behalf of plaintiffs after the benefits decisions were made.

2. <u>CORE Claim Documents</u>. The parties have designated the following documents, identified by their Bates numbers, as those file materials produced by CORE, Inc. regarding each plaintiff:

|   |   |   |   |
|---|---|---|---|
|   | a. | Elizabeth Boone: | CE05255-05423 |
|   | b. | Rosa Lee Brookshire: | CE01394-01513 |
|   | c. | Harrison Clark | CE01122-01393 |
|   | d. | Franziska Finney | CE00001-00125 |
|   | e. | Wiley Haynes | CE01016-01121 |
|   | f. | Darrell Hill | CE05063-05254 |
|   | g. | Judith Kirkpatrick | CE01514-01622 |
|   | h. | Lois Lynn | CE01623-01813 |
|   | i. | Celia D. Metcalf | CE00926-01015 |
|   | j. | Wilson D. McClure | CE00832-00925 |
|   | k. | Charles Reece | CE00689-00831 |

      l.      Harry Smith      CE00494-00688

      m.      Dolphus Treadway      CE00376-00493

      n.      Martha Whitley      CE00126-00375

3. <u>Additional Documents</u>. The parties agree that the following documents, identified by their Bates numbers, also may be relevant to plaintiff's claims and defendants' defenses:

    a.    Claims Review Committee minutes and materials:  CRC 1-2942

    b.    Pension and Employee Benefits Committee files:  PEBC 1-2799

    c.    LTD Committee files:  LTD 1-189

    d.    LTD Plan documents:  Plan 1-99

    e.    CORE, Inc. contract documents:  CORE 1-202

    f.    Champion International Corporation documents:  Champion 1-200

    g.    CORE, Inc. documents:  CE01814-05062

4. The parties agree that the foregoing documents are authentic and otherwise admissible in the above-captioned action without further foundation or proof. The parties also agree that nothing in the foregoing Stipulation should be construed as a waiver of any argument that any particular document is or is not relevant to plaintiffs' claims or defendants' defenses in the above-captioned action.

This the 1st day of March, 2005.


By:  _____/s/_____
      Barry J. Waters – ct05520

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut  06503-0704
(203) 772-7700

Bruce M. Steen – ct23613
MCGUIREWOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina  28202
(704) 353-6244

Attorneys for Defendants Champion International, Long Term Disability Plan for Salaried Employees of Champion International Corporation #506, Long Term Disability Plan for Hourly Employees of Champion International Corporation #703, and International Paper Company

By:   \_\_\_/s/_____
     William B. Barnes – ct00268

ROSENSTEIN & BARNES
P.O. Box 687
1100 Kings Highway East
Fairfield, Connecticut  06432
(203) 367-7922

Robert M. Elliot (ct21210)
J. Griffin Morgan (ct21183)
ELLIOT PISHKO MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina  27101
(336) 724-2828

Richard B. Harper (ct24841)
LAW OFFICES OF RICHARD B. HARPER
P.O. Box 395
Sylva, North Carolina  28779-0395
(828) 586-3305

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Stipulation was mailed first-class, postage prepaid, on this 1st day of March, 2005 to:

William B. Barnes, Esquire
ROSENSTEIN & BARNES
1100 Kings Highway East
Suite 1C
Fairfield, Connecticut 06432; and

Howard Levine, Esquire
CARMODY & TORRANCE, LLP
195 Church Street, 18th Floor
P.O. Box 1990
New Haven, Connecticut 06509;

Robert M. Elliot, Esquire
ELLIOT, PISHKO, GELBIN & MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina 27101;

Richard B. Harper, Esquire
LAW OFFICES OF RICHARD B. HARPER
1336 Savannah Drive
Sylva, North Carolina 28779-0395; and

James T. Finnigan, Esquire
RICH MAY, P.C.
176 Federal Street
Boston, Massachusetts 02110

    /s/
Barry J. Waters – ct05520