IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., MARTHA BURNETTE WHITLEY, | : | D.N. 302CV212 (CFD) |
| *Plaintiffs*, | : | |
| v. | : | |
| CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY, | : | |
| *Defendants*. | : | March 31, 2005 |

**CONSENT MOTION FOR EXTENSION OF TIME**

The Plaintiffs, Harry L. Smith, et al, respectfully move on consent for an order extending the time by which Plaintiffs may file their motion for summary judgment and supporting papers from

Thursday, March 31, 2005 to Monday, April 4, 2005.  Defendants' summary judgment papers are due on March 31, 2005.  Plaintiffs ask that the Defendants be permitted to file their papers on Monday, April 4, 2005.  Plaintiffs also ask that the response and reply dates set by the court be adjusted as follows: May 6, 2005 for responses and May 27, 2005 for replies.  The grounds for this motion are stated in the accompanying affidavit.

                                THE PLAINTIFFS
                                HARRY L. SMITH, ET AL


BY:_____
    WILLIAM B. BARNES, ESQ.
       (CT0268)
    Rosenstein & Barnes
    1100 Kings Hwy. East
    P.O. Box 687
    Fairfield, CT 06432
    Tel (203) 367-7922
    Fax (203) 367-8110
    E-mail wbarnes@rosenbar.com

    ROBERT M. ELLIOT, ESQ.
    Elliot Pishko Morgan, P.A.
    426 Old Salem Road
    Winston-Salem, NC 27101
    Tel (336) 724-2828
    Fax (336) 724-3335
    E-mail rmelliot@epmlaw.com

```
                                    RICHARD B. HARPER, ESQ.
                                    Harper Law Office
                                    Post Office Box 395
                                    Sylva, NC 28779
                                    Tel (828) 586-3305
                                    Fax (828) 586-4795
                                    E-mail rbharper@dnet.net
```

### **CERTIFICATION**

A copy of the foregoing was mailed first class mail, postage prepaid, on March 31, 2005, to the following counsel of record:

Bruce M. Steen, Esq.
McGuire Woods
3700 Bank of America Plaza
101 South Tryon St., Suite 3700
Charlotte, NC 28280-0008

Barry J. Waters, Esq.
Murtha Cullina, LLP
Whitney Grove Sq.,
Two Whitney Ave.,
P.O. Box 704
New Haven, CT 06503-0704

                                                                                  _____
                                                                                  WILLIAM B. BARNES, ESQ.