IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., MARTHA BURNETTE WHITLEY, | : | D.N. 302CV212 (CFD) |
| *Plaintiffs*, | : | |
| v. | : | |
| CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY, | : | |
| *Defendants*. | : | |

## AFFIDAVIT

Now Comes WILLIAM B. BARNES, who having first been duly sworn, does hereby depose and say:

1.  I am over the age of eighteen years and understand the obligation of an oath.  I am one of the counsel for Plaintiffs herein.  I make this affidavit of my own personal knowledge and upon information supplied to me by Robert Elliot, lead attorney for the plaintiffs in this matter.

2.  Plaintiffs' motion for summary judgment in this fourteen plaintiff ERISA denial of benefits action should be filed March 31, 2005.  Unfortunately Plaintiff's papers are not ready.  They will be ready, and filed, on April 4, 2005.

3.  Due to the large amount of information which needs to be conveyed, and the fact that there are fourteen plaintiffs, Plaintiffs' Rule 56(a)1 statement is over 190 pages long.  Every paragraph of the statement contains references to the claims record and other materials pertaining to the case.  The record and other materials fill seventy six binders.  Matching the paragraphs of the Rule 56(a)1 statement to the relevant documents by binder and page number has been a Herculean task.  Despite sincere efforts by Plaintiffs' three attorneys this task is not yet fully complete.

4.  Forming the information from the Rule 56(a)1 statement into a coherent narrative, marrying it to the applicable law, and

creating a complex skein of factual and legal arguments has likewise been a Herculean task. The brief exists in draft but the transcript and document page references are not complete.

5. Plaintiffs' papers will be complete, and delivered to the court, by Monday, April 4, 2005.

6. This morning Robert Elliot spoke to Bruce Steen, lead counsel for the Defendants, on the telephone. Mr. Steen said that the Defendants consented to the extension of time requested by Plaintiffs.

7. Defendants' summary judgment papers are due on March 31, 2005. Plaintiffs ask that the Defendants be permitted to file their papers on Monday, April 4, 2005. Plaintiffs also ask that the response and reply dates set by the court be adjusted as follows: May 6, 2005 for responses and May 27, 2005 for replies.

_____
WILLIAM B. BARNES

```
STATE OF CONNECTICUT    )
                        )     SS: TOWN OF FAIRFIELD
COUNTY OF FAIRFIELD     )
```

    Personally appeared WILLIAM B. BARNES, known or satisfactorily proven, before me on March 31, 2005, and subscribed and swore to the truth of the foregoing as his free act and deed for the purposes therein contained.

                                                          _____

                                                        NOTARY PUBLIC
                                                        My commission expires: