IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, | ) | |
| DARRELL KEITH HILL, ELIZABETH | ) | |
| CASE BOONE, WILEY H. HAYNES, | ) | |
| ROSA LEE BROOKSHIRE, HARRISON | ) | CIVIL ACTION NUMBER |
| YOUNG CLARK, FRANZISKA FINNEY, | ) | 3:02cv00212 (CFD) |
| JUDITH CASE KIRKPATRICK, WILSON | ) | |
| DANIEL McCLURE, CELIA DARLENE | ) | |
| METCALF, CHARLES R. REECE, | ) | |
| DOLPHUS LUTHER TREADWAY, JR., | ) | |
| and MARTHA BURNETTE WHITLEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAMPION INTERNATIONAL | ) | |
| CORPORATION, LONG TERM | ) | |
| DISABLITY BENEFITS PLAN FOR | ) | |
| SALARIED EMPLOYEES OF | ) | |
| CHAMPION INTERNATIONAL | ) | |
| CORPORATION #506, LONG TERM | ) | |
| DISABILITY BENEFITS PLAN FOR | ) | |
| CERTAIN HOURLY EMPLOYEES OF | ) | |
| CHAMPION INTERNATIONAL | ) | |
| CORPORATION #703; INTERNATIONAL | ) | |
| PAPER COMPANY; and CORE, INC. | ) | |
| | ) | |
| Defendants. | ) | MARCH 31, 2005 |
| | ) | |

**PARTIES' AMENDED**
**JOINT STIPULATION AND NOTICE OF FILING**

Defendants Champion International Corporation, *et al.*, by counsel, and plaintiffs

Harry L. Smith, *et al.*, by counsel, hereby amend their March 1, 2005, Joint Stipulation and file

herewith the documents identified in this Amended Joint Stipulation.

     1.    <u>Claims Records</u>.  The parties have designated the following documents,

identified by their Bates numbers, as the claims record applicable to each plaintiff's claim for

benefits prior to or at the time of the final claims decision:

| | Plaintiff | Documents | Notebook |
|---|---|---|---|
| a. | Elizabeth Boone: | Boone 1-34, 44-507, 513, 948-49, 968 | 1 |
| | | CRC 13-15, 704-08, 709-954 | 2 |
| b. | Rosa Lee Brookshire: | Brookshire 1-3, 12-260, 543-48, 261, 291 | 3 |
| | | CRC 13-15, 704-08, 955-1210 | 4 |
| c. | Harrison Clark | Clark 1-333, 413-678, 679-720, 352-53, 721, 731-32, 744-45 | 5 |
| | | CRC 18-20, 1349-351, 1352-1643 | 6 |
| d. | Franziska Finney | Finney 2-23, 136-278, 326-29, 1, 330 | 7 |
| e. | Wiley Haynes | Haynes 3-395, 420, 439, 1, 396-98, 811 | 8 |
| | | CRC 9-11, 508-11, 512-680 | 9 |
| f. | Darrell Hill | Hill 113-61, 1, 162 | 10 |
| g. | Judith Kirkpatrick | Kirkpatrick 3-167, 286-87, 1, 2, 285 | 11 |

|   | | | |
|---|---|---|---|
|   |   | CRC 21-23, 1933, 1933-2106 | 12 |
| h. | Lois Lynn | Lynn 2-131, 151-435, 450-553, 557-60, 1, 436, 449, 554-55, 1044 | 13 |
|   |   | CRC 13-15, 704-08, 1211-1345, 1346-348 | 14 |
| i. | Celia D. Metcalf | Metcalf 3-483, 528-29, 1, 527 | 15 |
|   |   | CRC 33-36, 2456-459, 2460-2943 | 16 |

|   | Plaintiff | Documents | Notebook |
|---|---|---|---|
| j. | Wilson D. McClure | McClure 2-38, 283-316, 1, 271, 317 | 17 |
| k. | Charles Reece | Reece 2-171, 275-485, 1, 172, 486 | 18 |
|   |   | CRC 30-32, 2263-265, 2266-441 | 19 |
| l. | Harry Smith | Smith 2-289, 1, 590 | 20 |
|   |   | CRC 18-20, 21-24, 1349-351, 1644-1932, 1933-935 | 21 |
| m. | Dolphus Treadway | Treadway 2-51, 1, 52, 245 | 22 |
| n. | Martha Whitley | Whitley 2-359, 387-519, 1, 786, 787-88 | 23 |
|   |   | CRC 2-4, 5-8, 25-26, 27-29, 62-65, 67-482, 2107-110, 2111-116, 2117-2235, 2236-241 | 24 |

2.    Supplemental Materials.  The parties have designated the following documents,

identified by their Bates numbers, as additional materials submitted on behalf of each plaintiff

by his or her counsel prior to the filing of the above-captioned action or generated by

defendants after their final claims decision:

|  | Plaintiff | Documents | Notebook |
|---|---|---|---|
| a. | Elizabeth Boone: | Boone 950-55, 508-512, 35-43, 585-947, 514-584, 956-67 | 25 |
| b. | Rosa Lee Brookshire: | Brookshire 262-66, 292-95, 4-11, 11A-C, 296-542, 267-90, | 26 |
| c. | Harrison Clark | Clark 722-30, 334-51, 354-412, 733-43 | 27 |
| d. | Franziska Finney | Finney 24-325 | 28 |
| e. | Wiley Haynes | Haynes 399-410, 2, 411-19, 421-38, 440-810 | 29 |
|  | Plaintiff | Documents | Notebook |
| f. | Darrell Hill | Hill 2-112 | 30 |
| g. | Judith Kirkpatrick | Kirkpatrick 168-284 | 31 |
| h. | Lois Lynn | Lynn 132-50, 556, 561-1043, 437-48 | 32 |
| i. | Celia D. Metcalf | Metcalf 484-86, 2, 487-526 | 33 |
| j. | Wilson D. McClure | McClure 39-79, 80-270, 272-82 | 34 |
| k. | Charles Reece | Reece 173-274 | 35 |
| l. | Harry Smith | Smith 290-589 | 36 |
| m. | Dolphus Treadway | Treadway 53-244, 244A | 37 |
| n. | Martha Whitley | Whitley 360-86, 520-785 | 38 |

3.    <u>CORE Claim Documents</u>.  The parties have designated the following

documents, identified by their Bates numbers, as those file materials produced by CORE, Inc.

regarding each plaintiff:

| | Plaintiff | Documents | Notebook |
|---|---|---|---|
| a. | Elizabeth Boone: | CE05255-05423 | 39 |
| b. | Rosa Lee Brookshire: | CE01394-01513 | 40 |
| c. | Harrison Clark | CE01122-01393 | 41 |
| d. | Franziska Finney | CE00001-00125 | 42 |
| e. | Wiley Haynes | CE01016-01121 | 43 |
| f. | Darrell Hill | CE05063-05254 | 44 |
| g. | Judith Kirkpatrick | CE01514-01622 | 45 |
| h. | Lois Lynn | CE01623-01813 | 46 |
| i. | Celia D. Metcalf | CE00926-01015 | 47 |

| | Plaintiff | Documents | Notebook |
|---|---|---|---|
| j. | Wilson D. McClure | CE00832-00925 | 48 |
| k. | Charles Reece | CE00689-00831 | 49 |
| l. | Harry Smith | CE00494-00688 | 50 |
| m. | Dolphus Treadway | CE00376-00493 | 51 |
| n. | Martha Whitley | CE00126-00375 | 52 |

4.    Additional Documents.  The parties agree that the following documents, identified by their Bates numbers, also may be relevant to plaintiff's claims and defendants' defenses:

| | Documents | Notebook |
|---|---|---|
| a. | Claims Review Committee minutes and materials:  CRC 1-2943 | 53-58 |
| b. | Pension and Employee Benefits Committee files: PEBC 1-2799 | 59-64 |
| c. | LTD Committee files:  LTD 1-189 | 65 |
| d. | LTD Plan documents:  Plan 1-99 | 66 |
| e. | CORE, Inc. contract documents:  CORE 1-202 | 67 |
| f. | Champion International Corporation documents: Champion 1-200 | 68 |
| g. | CORE, Inc. documents:  CE01814-05062 | 69-74 |

5.    Deposition Transcripts.  The parties hereby submit the transcripts and exhibits of the following depositions taken in the above-captioned action:

| | Deposition | Notebook |
|---|---|---|

6

a.      Depositions of                                                                  75

        1.      Mark Lehman;
        2.      John Lewis;
        3.      Mike Gorski;
        4.      Thomas Rodriguez;
        5.      Mary Lee Dixon; and
        6.      Glenn M. Taylor (with exhibits).

b.      Deposition Exhibits (Lehman, Lewis, Gorski                          76
      Rodriguez and Dixon Depositions)

6.      The parties agree that the foregoing documents are authentic and otherwise admissible in the above-captioned action without further foundation or proof.  The parties also agree that nothing in the foregoing Stipulation should be construed as a waiver of any argument that any particular document is or is not relevant to plaintiffs' claims or defendants' defenses in the above-captioned action.

This the 31st day of March, 2005.

By:           /s/  Barry J. Waters
        Barry J. Waters – ct05520

        MURTHA CULLINA LLP
        Whitney Grove Square
        Two Whitney Avenue
        P.O. Box 704
        New Haven, Connecticut  06503-0704
        (203) 772-7700

        Bruce M. Steen – ct23613
        MCGUIREWOODS LLP
        Bank of America Corporate Center
        100 North Tryon Street, Suite 2900
        Charlotte, North Carolina  28202
        (704) 353-6244

        Attorneys for Defendants Champion
        International, Long Term Disability Plan for
        Salaried Employees of Champion
        International Corporation #506, Long Term
        Disability Plan for Hourly Employees of
        Champion International Corporation #703,
        and International Paper Company

9

By:           /s/ William B. Barnes
       William B. Barnes – ct00268

ROSENSTEIN & BARNES
P.O. Box 687
1100 Kings Highway East
Fairfield, Connecticut  06432
(203) 367-7922

Robert M. Elliot (ct21210)
J. Griffin Morgan (ct21183)
ELLIOT PISHKO MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina  27101
(336) 724-2828

Richard B. Harper (ct24841)
LAW OFFICES OF RICHARD B. HARPER
P.O. Box 395
Sylva, North Carolina  28779-0395
(828) 586-3305

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Parties' Amended Joint Stipulation and Notice of Filing was mailed by first-class mail, postage prepaid, on March 31, 2005, to counsel as follows:

Robert M. Elliot, Esquire
ELLIOT, PISHKO, GELBIN & MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina  27101;

Richard B. Harper, Esquire
LAW OFFICES OF RICHARD B. HARPER
P.O. Box 395
Sylva, North Carolina  28779-0395; and

William B. Barnes, Esquire
ROSENSTEIN & BARNES
1100 Kings Highway East
Suite 1C
Fairfield, Connecticut  06432; and

        /s/
Barry Waters – ct05520