IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NUMBER 3:02cv00212 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | APRIL 4, 2005 |

**DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and

Local Rule 56(a), defendants Champion International Corporation ("Champion International"),

Long Term Disability Benefits Plan for Salaried Employees of Champion International Corporation #506 ("Salaried LTD Plan"), Long Term Disability Plan for Certain Hourly Employees of Champion International Corporation #703 ("Hourly LTD Plan")(collectively referred to as "LTD Plans" of "Plans"), and International Paper Company ("International Paper"), by counsel, hereby move for summary judgment.

As more particularly described in Defendants' Memorandum in Support of their Motion for Summary Judgment, Defendants' Local Rule 56(a)(1) Statement of Facts, and the documents being filed contemporaneously herewith pursuant to the Parties' Amended Joint Stipulation and Notice of Filing, all of which are incorporated herein by reference pursuant to Fed. R. Civ. 10(c), plaintiffs have failed to state a claim pursuant to 29 U.S.C. §1132(a)(1)(B), §1133 or §1132(a)(3) of the Employee Retirement Income Security Act of 1974 ("ERISA"). Therefore, their Complaint should be dismissed, with prejudice.

As more particularly described in defendants' Memorandum in Support of their Motion for Summary Judgment:

- Because plaintiffs Finney, Hill, McClure and Treadway failed to exhaust their administrative remedies, their benefits claims in Counts I and II of their Complaint should be dismissed, with prejudice;

- The LTD Plans' decisions to terminate and deny plaintiffs' claims for LTD benefits were not arbitrary and capricious. See Complaint, ¶¶252-57 (Dkt. Entry 1);

- Plaintiffs cannot state a claim pursuant to 29 U.S.C. §1133 because the alleged procedural violations on which plaintiffs rely do not give rise to an independent cause of action under ERISA.  See Complaint, ¶¶258-61 (Dkt. Entry 1); and

- Plaintiffs' cannot state a claim for breach of fiduciary duty pursuant to 29 U.S.C. §1132(a)(3) because they have a remedy under 29 U.S.C. §1132(a)(1)(B).  In addition, plaintiffs' claims for breach of fiduciary duty are time-barred or otherwise without merit.

No genuine issues of material fact exist as to plaintiffs' claims and defendants are entitled to judgment as a matter of law.

Based on the foregoing, defendants, by counsel, request the Court to enter an Order granting their Motion for Summary Judgment; dismissing plaintiffs' Complaint, with prejudice; awarding them the attorneys' fees and costs they incurred in the defense of this action; and granting such other relief as the Court deems just and proper.

3

This the 4th day of April, 2005.

DEFENDANTS – CHAMPION INTERNATIONAL

CORPORATION, LONG TERM DISABILITY BENEFITS
PLAN FOR SALARIED EMPLOYEES OF CHAMPION
INTERNATIONAL CORPORATION #506, LONG TERM
DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY
EMPLOYEES OF CHAMPION INTERNATIONAL
CORPORATION #703; and INTERNATIONAL PAPER
COMPANY

By:    ____/s/_____
          Barry J. Waters – ct05520

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut  06503-0704
203.772.7700
203.772.7723 (facsimile)

Bruce M. Steen – ct23613
MCGUIREWOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina  28202
704.353.6244
704.353.6200 (facsimile)

Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion for Summary

Judgment was mailed by first-class mail, postage prepaid, on April 4, 2005, to counsel as

follows:

> Robert M. Elliot, Esquire
> ELLIOT, PISHKO, GELBIN & MORGAN, P.A.
> 426 Old Salem Road
> Winston-Salem, North Carolina  27101;
>
> Richard B. Harper, Esquire
> LAW OFFICES OF RICHARD B. HARPER
> P.O. Box 395
> Sylva, North Carolina  28779-0395; and
>
> William B. Barnes, Esquire
> ROSENSTEIN & BARNES
> 1100 Kings Highway East
> Suite 1C
> Fairfield, Connecticut  06432; and

<br>

                                        /s/
                                Barry Waters – ct05520