IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO. ) 302CV212 (CFD) |
| v. | ) ) |
| CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) April 4, 2005 ) ) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 56, plaintiffs move for summary judgment on their claims against defendants on the grounds that based on the undisputed facts in the record, plaintiffs are entitled to judgment as a matter of law. Plaintiffs have

filed Plaintiffs' Brief in Support of Motion for Summary Judgment, documents, and Plaintiffs' Local Rule 56(a)1 Statement in support of their motion.

This the 4th day of April, 2005.

        THE PLAINTIFFS
        HARRY L. SMITH, ET AL


BY:_____
    WILLIAM B. BARNES, ESQ.
       (CT0268)
    Rosenstein & Barnes
    1100 Kings Hwy. East
    P.O. Box 687
    Fairfield, CT 06432
    Tel (203) 367-7922
    Fax (203) 367-8110
    E-mail wbarnes@rosenbar.com

    ROBERT M. ELLIOT, ESQ.
       (CT21210)
    Elliot Pishko Morgan, P.A.
    426 Old Salem Road
    Winston-Salem, NC 27101
    Tel (336) 724-2828
    Fax (336) 724-3335
    E-mail rmelliot@epmlaw.com

    RICHARD B. HARPER, ESQ.
    Harper Law Office
    Post Office Box 395
    Sylva, NC 28779
    Tel (828) 586-3305
    Fax (828) 586-4795
    E-mail rbharper@dnet.net

## CERTIFICATE OF SERVICE

I certify that a copy of the Plaintiffs' Motion for Summary Judgment was sent by U.S. Mail. postage prepaid, on April 4, 2005, to the following counsel of record:

Bruce M. Steen, Esq.
McGuire Woods
Bank of America Corporate Center
100 North Tryon St., Suite 2900
Charlotte, NC 28202

Barry J. Waters, Esq.
Murtha Cullina, LLP
Whitney Grove Sq.,
Two Whitney Ave.,
P.O. Box 704
New Haven, CT 06503-0704

                                                  _____
                                                  ROBERT M. ELLIOT, ESQ.