IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 APR 13 P 2:40

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC.<br><br>Defendants. | CIVIL ACTION NUMBER<br>302CV00212 (CFD) |

## SCHEDULING ORDER

Upon the joint Motion of plaintiffs and defendants, and for good cause shown,

It is hereby ORDERED that

1.   On or before February 28, 2005, the parties shall designate and file a joint Stipulation regarding the administrative records applicable to each plaintiff's claim for benefits, and the other documents which may be relevant to this matter. More specifically, in their Joint Stipulation, the parties shall designate those documents which they agree comprise each

1

plaintiff's administrative record, and shall identify any additional documents, if any, which one party contends is part of any plaintiff's administrative record but on which the parties cannot reach agreement. In their Joint Stipulation, the parties also may jointly designate any other documents which are not part of the plaintiffs' administrative records but which the parties believe may be relevant to the Court's consideration of the legal issues involved in this matter. With their Stipulation, the parties shall also file the documents described therein.

2. On or before March 31, 2005, the parties shall file their dispositive motions and memoranda in support thereof. Responses to dispositive motions shall be filed no later than April 29, 2005. Replies are not required, but may be filed on or before May 23, 2005; and

3. Opening memoranda in support of any motions pursuant to the foregoing paragraph shall not exceed 100 pages. Responses and replies filed pursuant to the foregoing paragraphs shall not exceed the page limitations provided by the local rules. The parties may seek leave to file memoranda in excess of those limitations by filing a Motion describing the basis of their requested relief.

4. Oral argument will be conducted on the parties' motions, and will be set on a date to be scheduled hereafter with the cooperation of the parties.

_____
Christopher F. Droney
United States District Judge
Date: 4/12/05

2