IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC.<br><br>Defendants. | CIVIL ACTION NUMBER<br>302CV00212 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>April 27, 2005 |

**PARTIES' JOINT MOTION
TO AMEND SCHEDULING ORDER AND
FOR LEAVE TO FILE RESPONSE AND REPLY BRIEFS
<u>BEYOND THE PAGE LIMITATIONS DEFINED BY THE LOCAL RULES</u>**

Defendants Champion International Corporation , Long Term Disability Benefits Plan for Salaried Employees of Champion International Corporation #506, Long Term Disability Plan for Certain Hourly Employees of Champion International Corporation #703, and International Paper Company, and plaintiffs, by their respective counsel, hereby request the Court to enter and

Order: (a) extending by one week the deadline by which the parties must file their responses to the cross-motions for summary judgment pending in this action; and (b) permitting the parties to file response and reply briefs beyond the page limitations defined by the Court's Local Rules. The parties state as follows in support of their Joint Motion:

1. Pursuant to the Court's scheduling Orders, the parties' responses to the cross-motions for summary judgment pending in this action currently are due on or before May 6, 2005, and the parties' reply briefs are due on or before May 27, 2005.

2. Because of the voluminous nature of the record materials in this matter, and the need to analyze and respond to the claims of the fourteen long term disability claimants in this action, the parties request the Court to extend by one week the deadline by which they must respond to the cross-motions for summary judgment.

3. More specifically, the parties request the Court to amend its Scheduling Order to direct that the parties' file their responses to the cross-motions for summary judgment on or before May 13, 2005.

4. Pursuant to the Court's prior Orders, reply briefs will be due on or before May 27, 2005.

5. In addition, in its February 9, 2005, Scheduling Order, the Court stated that the parties' response and reply briefs shall not exceed the page limitations provided by the Local Rules. Pursuant to the Court's Local Rules, response briefs may not exceed forty pages and reply briefs may not exceed ten pages in length. See Local Rule 7(a)(2) & 7(d). The Court directed the parties to seek leave to exceed these page limitations should they determine that it is necessary to do so.

Case 3:02-cv-00212-CFD    Document 99    Filed 04/29/2005    Page 3 of 6

6. Due to the large number of issues and their complexity, the parties respectfully request the Court to grant the parties leave to exceed the Local Rule page limitations otherwise applicable to their response and reply briefs.

7. This matter involves claims for long term disability benefits filed on behalf of fourteen plaintiffs. In support of their Motion for Summary Judgment, defendants filed a sixty page Memorandum and a Rule 56(a)(1) Statement of Facts comprising 139 pages and 492 numbered paragraphs. In support of their Motion for Summary Judgment, plaintiffs filed a Memorandum comprising 100 pages, and a Rule 56(a)(1) Statement of Facts comprising 189 pages and 784 numbered paragraphs. Plaintiffs also filed an appendix comprising approximately 300 pages of documents.

8. To adequately respond to the respective cross Motions, the parties request permission to file response briefs of up to 100 pages and reply briefs of up to 50 pages.

We ask for this:

By: /s/ Barry J. Waters
Barry J. Waters – ct05520

MURTHA CULLINA LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut 06503-0704
(203) 772-7700

Bruce M. Steen – ct23613
MCGUIREWOODS LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina 28202
(704) 353-6244

Attorneys for Defendants Champion International, Long Term Disability Plan for Salaried Employees of Champion International Corporation #506, Long Term Disability

Plan for Hourly Employees of Champion International Corporation #703, and International Paper Company

By: _____/s/ W Barnes_____
William B. Barnes – ct00268

ROSENSTEIN & BARNES
P.O. Box 687
1100 Kings Highway East
Fairfield, Connecticut  06432
(203) 367-7922

Robert M. Elliot (ct21210)
ELLIOT PISHKO MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina  27101
(336) 724-2828

Richard B. Harper (ct24841)
LAW OFFICES OF RICHARD B. HARPER
P.O. Box 395
Sylva, North Carolina  28779-0395
(828) 586-3305

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABLITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC.<br><br>Defendants. | CIVIL ACTION NUMBER 302CV00212 (CFD) |

## **ORDER**

Upon the joint Motion of plaintiffs and defendants, and for good cause shown, the Court hereby amends its prior Scheduling Orders as follows:

1. No later than May 13, 2005, the parties shall file their responses to the cross-motions for summary judgment pending in this action. The parties may file response briefs not exceeding 100 pages in length.

2.  No later than May 27, 2005, the parties shall file their reply briefs. The parties may file reply briefs not exceeding fifty pages in length.

_____
Christopher F. Droney
United States District Judge

Date: _____