UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, : : : : : : : : : : : : | CIVIL ACTION NO. 302CV00212 (CFD) |
| Plaintiffs, : : | |
| v. : : | |
| CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC., : : : : : : : : : : : : | MAY 27, 2005 |
| Defendants. : | |

NOTICE OF MANUAL FILING

Please take notice that defendants, have manually filed the following document:

1. Defendants' Reply to Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment

These documents have not been filed electronically because:

[ ]  the document(s) cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.
[ ]  The document contains an original signature

The document has been manually served on all parties.

        /s/
Barry J. Waters - #ct05520

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven, Connecticut 06503-0704
Telephone:  (203) 772-7700
Facsimile:  (203) 772-7723
Email:  bwaters@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 27th day of May, 2005 to:

William B. Barnes, Esquire
ROSENSTEIN & BARNES
1100 Kings Highway East
Suite 1C
Fairfield, Connecticut  06432; and

Howard Levine, Esquire
CARMODY & TORRANCE, LLP
195 Church Street, 18th Floor
P.O. Box 1990
New Haven, Connecticut  06509;

Robert M. Elliot, Esquire
ELLIOT, PISHKO, GELBIN & MORGAN, P.A.
426 Old Salem Road
Winston-Salem, North Carolina  27101;

Richard B. Harper, Esquire
LAW OFFICES OF RICHARD B. HARPER
1336 Savannah Drive
Sylva, North Carolina  28779-0395; and

James T. Finnigan, Esquire
RICH MAY, P.C.
176 Federal Street
Boston, Massachusetts  02110

                                            /s/
                                      Barry J. Waters – ct05520