IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 302CV212 (CFD) |
| v. | ) ) | |
| CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; and INTERNATIONAL PAPER COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | March 25, 2008 |

APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The plaintiffs Harry L. Smith, Lois L. Lynn, Darrell Keith Hill, Elizabeth Case Boone, Wiley H. Haynes, Rosa Lee Brookshire, Harrison Young Clark, Franziska Finney, Judith Case Kirkpatrick, Wilson Daniel McClure, Celia Darlene Metcalf, Charles R. Reece, Dolphus Luther Treadway, Jr., Martha Burnette Whitley

| | |
|---|---|
| **March 25, 2008** | **Signature** |
| Date | |

| | |
|---|---|
| **ct 07091 Sheila K. Rosenstein** | **203-367-7922** |
| Connecticut Federal Bar Number | Telephone Number |

| | |
|---|---|
| **1100 Kings Highway East** | **Fairfield CT 06825** |
| Address | City, State, Zip Code |

| | |
|---|---|
| **203-367-8110** | **srosenstein@rosensteinatlaw.com** |
| Fax number | E-mail address |

## CERTIFICATION

A copy of the foregoing was mailed first class mail, postage prepaid, this 25th day of March, 2008, to the following counsel:

Bruce M. Steen, Esq.
McGuire Woods
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-4011

Barry J. Waters, Esq.
Murtha Cullina, LLP
Whitney Grove Sq.,
Two Whitney Ave.,
P.O. Box 704
New Haven, CT 06503-0704

Robert M. Elliot, Esq..
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101


Richard B. Harper, Esq.
Harper Law Office
Post Office Box 395
Sylva, NC 28779

Sheila K. Rosenstein