UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, :  Plaintiffs, v. CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC.: Defendants. | CIVIL ACTION NO. 3:02cv00212 (CFD)    APRIL 4, 2008 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 2(d), the undersigned moves that Attorney Susan P. Dion of the law firm of McGuireWoods LLP, 101 South Tryon Street, Suite 3700, Charlotte, NC 28202, be permitted to represent the following Defendants in this matter before this Court: Champion International Corporation; Long Term Disability Benefits Plan for Salaried Employees of Champion International Corporation #506; Long Term Disability Benefits Plan for Certain Hourly Employees of Champion International Corporation #703; and International Paper Company.

This Motion is supported by the following facts:

1. Attorney Dion is a member in good standing of the State Bar of North Carolina.

2. Attorneys Dion has not been denied admission or disciplined by the United States District Court for the District of Connecticut or by any other Court.

3. Attorney Dion has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The undersigned counsel, Barry J. Waters, of Murtha Cullina LLP, Two Whitney Avenue, New Haven, Connecticut 065190 shall serve as local counsel for the Defendants recited above, upon whom service of all papers may be made in accordance with Local Rule 2(c).

The payment of $25.00 to the Clerk of this Court accompanies this motion. No previous motions have been filed with respect to the admission of Attorney Dion *pro hac vice* in this action.

DEFENDANTS - CHAMPION INTERNATIONAL CORPORATION; LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY

By_____
Barry J. Waters  ct05520

Murtha Cullina LLP
Two Whitney Avenue
New Haven, CT  06510
Telephone: (203) 772-7700
Facsimile:  (203) 772-7723
bwaters@murthalaw.com

Their Attorneys

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, <br><br> Plaintiffs, <br><br> v. <br><br> CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC. <br><br> Defendants. | CIVIL ACTION NUMBER 3:02cv00212 (CFD) |

**AFFIDAVIT OF SUSAN P. DION, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

I, Susan P. Dion, make the following affidavit under oath in support of my request to be admitted to practice before this Court *pro hac vice*:

1. I am a member of the law firm McGuireWoods LLP, Bank of America Corporate Center, 100 North Tryon Street, Suite 2900, Charlotte, North Carolina 28202, Phone: 704.373.8951, Fax: 704.353.6162, sdion@mcguirewoods.com.

2. I represent the Defendants Champion International Corporation, Long Term Disability Benefits Plan for Salaried Employees of Champion International Corporation #506, Long Term Disability Benefits Plan for Certain Hourly Employees of Champion International Corporation #703; and International Paper Company in this action.

3. I am a member in good standing of the bar of North Carolina.

4. I have never have been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. In connection with this matter, Barry J. Waters, Esquire, of Murtha Cullina, LLP, is a member in good standing in the United States District Court for the District of Connecticut.

This the 1st day of April 2008.

_____
Susan P. Dion

Subscribed to and sworn before
me this 1st day of April 2008.

_____
Notary Public

My Commission expires:

SUSAN C. RICKELTON
NOTARY PUBLIC
Mecklenburg County, North Carolina
My Commission Expires 2/16/2012

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was sent via first-class mail, postage prepaid, on this 4th day of April, 2008, to:

Robert M. Elliot, Esq.
J. Griffin Morgan, Esq.
Elliot, Pishko, Gelbin & Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101

Sheila K. Rosenstein, Esq.
William B. Barnes, Esq.
Rosenstein & Barnes
1100 Kings Highway East
Suite 1C
Fairfield, CT 06432

Richard B. Harper, Esq.
Law Offices of Richard B. Harper
Post Office Box 395
Sylva, NC 28779-0395

_____
Barry J. Waters