IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HARRY L. SMITH, LOIS L. LYNN, DARRELL KEITH HILL, ELIZABETH CASE BOONE, WILEY H. HAYNES, ROSA LEE BROOKSHIRE, HARRISON YOUNG CLARK, FRANZISKA FINNEY, JUDITH CASE KIRKPATRICK, WILSON DANIEL McCLURE, CELIA DARLENE METCALF, CHARLES R. REECE, DOLPHUS LUTHER TREADWAY, JR., and MARTHA BURNETTE WHITLEY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NUMBER 3:02cv00212 (CFD) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHAMPION INTERNATIONAL CORPORATION, LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506, LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY; and CORE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | April 9, 2008 |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The defendants Champion International Corporation, Long Term Disablity Benefits Plan For Salaried Employees Of Champion International Corporation #506, Long Term Disability Benefits Plan For Certain Hourly Employees Of Champion International Corporation #703; and International Paper Company.

This the 9th day of April 2008.

                                      By: /s/Susan Pyle Dion
                                            Susan P. Dion (phv02551)
                                            McGuireWoods LLP
                                            Bank of America Corporate Center
                                            100 N. Tryon Street, Suite 2900
                                            Charlotte, North Carolina  28202
                                            Telephone: 704.373.8951
                                            Facsimile:  704.353.6162
                                            sdion@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> Barry J. Waters, Esq.
> Murtha Cullina LLP
> Two Whitney Avenue
> New Haven, Connecticut  06510
> Telephone:  203.772.7700
> Facsimile:  203.772.7723
> bwaters@murthalaw.com
>
> Bruce M. Steen, Esq.
> McGuireWoods LLP
> Bank of America Corporate Center
> 100 N. Tryon, Suite 2900
> Charlotte, North Carolina  28202
> Telephone:  704.353.6244
> Facsimile:  704.353.6200
>
> Robert M. Elliot, Esq
> Elliot, Pishko, Gelbin & Morgan, P.A.
> 426 Old Salem Road
> Winston-Salem, North Carolina  27101
> Telephone:  336.724.2828
> Facsimile:  336.714.4499
> rmelliot@epmlaw.com
>
> J. Griffin Morgan, Esq.
> Elliot, Pishko, Gelbin & Morgan, P.A.
> 426 Old Salem Road
> Winston-Salem, North Carolina  27101
> Telephone:  336.724.2828
> Facsimile:  336.724.3335
> jgmorgan@epmlaw.com
>
> Shela K. Rosenstein, Esq.
> William B. Barnes, Esq.

Rosenstein & Barnes
1100 Kings Hwy East, P.O. Box 687
Suite 1C
Fairfield, Connecticut  06430
Telephone:  203.367.7922
srosenstein@rosensteinatlaw.com
wbbarnes@optonline.net


/s/Susan Pyle Dion
Susan Pyle Dion (phv02551)
McGuireWoods LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2900
Charlotte, North Carolina  28202
Phone:  704.373.8951
Fax:  704.353.6162
sdion@mcguirewoods.com