(April 12, 2004)

HONORABLE **Droney**
DEPUTY CLERK **Dew**    RPTR/ERO/TAPE **Marshall**

TOTAL TIME: **4** hours **20** minutes

DATE **4-10-08**    START TIME **10:05**    END TIME **3:15**
LUNCH RECESS FROM **11:45** TO **12:30**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Smith, et al**    CIVIL NO. **02CV212 (CFD)**    **Elliot**
                                                   Plaintiffs Counsel

vs.

**Champion, et al**    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                       **Steen**
                       Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing    ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ | #91 | for Summary Judgment | ☐ | ☐ | ☒ |
| ☒ | #94 | for Summary Judgment | ☐ | ☐ | ☒ |

Brief(s) due _____    Proposed Findings due _____    Response due _____

_____ Hearing continued until _____ at _____