UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARRY L. SMITH, et al., : | |
| : | CIVIL ACTION NO. |
| Plaintiffs, : | 3:02-CV-00212 (CFD) |
| v. : | |
| : | |
| CHAMPION INTERNATIONAL : | |
| CORPORATION, et al., : | |
| : | APRIL 23, 2008 |
| Defendants. : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 9(b), Defendants hereby move for an extension of two days, to Monday, April 28, 2008, for the parties to file their respective post-hearing memoranda on the pending cross-motions for summary judgment. This is the first motion for extension of time with respect to this scheduling. Counsel for Plaintiffs consent to, and join in, this motion for extension of time.

DEFENDANTS,
CHAMPION INTERNATIONAL CORPORATION;
LONG TERM DISABILITY BENEFITS PLAN FOR SALARIED EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #506; LONG TERM DISABILITY BENEFITS PLAN FOR CERTAIN HOURLY EMPLOYEES OF CHAMPION INTERNATIONAL CORPORATION #703; INTERNATIONAL PAPER COMPANY

By_____
Barry J. Waters - ct03520

Murtha Cullina LLP
Two Whitney Avenue
New Haven, CT 06510
Telephone: (203) 772-7700
Facsimile: (203) 772-7723
Email: bwaters@murthalaw.com
Their Attorneys

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 23, 2008, the foregoing Motion for Extension of Time, was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Sheila K. Rosenstein
Rosenstein & Barnes
1100 Kings Highway East, Suite 1C
Fairfield, CT 06432

Robert M. Elliot
J. Griffin Morgan
Elliot, Pishko, Gelbin & Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101

Richard B. Harper
Law Offices of Richard B. Harper
Post Office Box 395
Sylva, NC 28779-0395

_____
Barry J. Waters - ct05520